IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00033-MP-AK

MARK KIRKSEY,
CHARLES WRIGHT, JR.,

    Defendant.
_____/

## **O R D E R**

    This matter is before the Court on defendants' motions to continue, Docs. 58 and 59. A telephone hearing was held on the matter on Friday, February 3, 2006. During the hearing, all parties agreed to the continuance and both defendants agree to waive their speedy trial rights. Additionally, the Court finds that there would be no prejudice from granting Defendants' motions and that the interests of justice would be served by granting the continuance. Accordingly, the motions to continue are granted. Defendants' trials are hereby rescheduled for Monday, April 10, 2006, at 12:30 p.m. Additionally, a *Garcia* hearing on the potential attorney conflict in defendant Wright's case will take place on Friday, February 10, 2006, at 9:30 a.m. The presence of both defendant Wright and David Jones are required at this hearing.

    **DONE AND ORDERED** this   *3rd* day of February, 2006

                  *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge