IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA,

v.                                                    CASE NO. 1:05-cr-00033-MP-AK

MARK KIRKSEY,

     Defendant.

_____/

## **O R D E R**

Defendant appeared before this Court on Tuesday, March 14, 2006, to enter a guilty plea

to the charges pending against him in this case.  After entering the guilty plea, Defendant

requested that the curfew restrictions currently placed on him as part of the terms governing his

presentence release be removed.  The Government did not object to this request.  Accordingly,

Defendant's request is granted.  The curfew restrictions placed on Defendant as part of his

presentence release are hereby removed.  All other terms and conditions of release remain in full

force and effect.

     **DONE AND ORDERED** this   *14th* day of March, 2006


          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge