IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:05-cr-00033-MP-AK

MARK KIRKSEY,

    Defendant.
_____/

### **O R D E R**

This matter is before the Court on Doc. 129, Motion to Continue Hearing on Defendant's Motion to Withdraw Plea and Strike Plea Agreement, filed by Mark Kirksey.  A telephone hearing was held on this matter on Thursday, June 1, 2006.  At the hearing, the Government indicated that it does not oppose defendant's motion.  After considering the matter, the motion is granted.  Accordingly, the hearing set for Friday, June 2, 2006, is canceled.  The hearing on defendant's motion to withdraw his plea is hereby reset to Wednesday, July 26, 2006, at 9:30 a.m.  At this hearing, all pending motion will be heard and an evidentiary hearing will be conducted as needed.  If defendant's motion to withdraw his plea is denied, the court will proceed with sentencing at this hearing.  Defendant is to remain in the custody of the United State Marshal pending this hearing.

    **DONE AND ORDERED** this   *2nd* day of June, 2006

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge