IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 1:05-cr-00033-MP-AK

MARK KIRKSEY,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on the Motion to Continue Sentencing presented by agreement of counsel for both parties. The motion is granted. Accordingly, the sentencing/hearing scheduled for Thursday, August 10, 2006, is hereby continued to Friday, October 6, 2006, at 10:00 a.m.

**DONE AND ORDERED** this *11th* day of August, 2006

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge