IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                                          CASE NO. 1:05-cr-00033-MP-AK

MARK KIRKSEY, et al.,

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 185, Defendant's Unopposed Motion to Continue Hearing, filed by Defendant Kirksey on September 18, 2006.  A telephone conference was held in this case on Friday, September 22, 2006.  During the telephone conference, Defendant Kirksey requested a continuance for the hearing on Defendant's Motion to Withdraw his Plea and the following Sentencing Hearing, and the Government did not object to this request.  Counsel appointed to represent Defendant Kirksey during the evidentiary hearing, Stephen Johnson, recently suffered a medical emergency and will be unavailable during the originally scheduled date.  Defendant Kirksey waives a speedy trial and requests a continuance to allow Mr. Johnson time to recuperate in order to represent the Defendant.  After considering the matter, the Court grants Defendant's motion.  Because Mr. Johnson has already expended much time preparing for this case, and appointing new counsel would deny them a reasonable time for effective preparation, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the Defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  Accordingly, the evidentiary and sentencing hearing currently set for Friday, October 6, 2006 is hereby reset for Tuesday, December 19, 2006 at 1:30 p.m.

**DONE AND ORDERED** this   *26th* day of September, 2006

                         *s/Maurice M. Paul*

                         Maurice M. Paul, Senior District Judge