**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

v.  **CASE NO. 1:05-cr-00033-MP-AK**

MARK KIRKSEY,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 217, Defendant's Unopposed Notice of Unavailability and Motion for Continuance Evidentiary Hearing, filed by Defendant Kirksey on December 12, 2006.  Defendant Kirksey requests a continuance for the hearing on Defendant's Motion to Withdraw his Plea and the following Sentencing Hearing, and the Government does not object to this request.  Counsel appointed to represent Defendant Kirksey during the evidentiary hearing, Stephen Johnson, is still recuperating from the medical emergency that led to the original continuance, and will be unavailable for the currently scheduled evidentiary hearing.  After considering the matter, for the same reasons previously stated in Doc. 193, the Court grants Defendant's motion.  Accordingly, the evidentiary and sentencing hearing currently set for Tuesday, December 19, 2006 is hereby continued to Wednesday, March 21, 2007, at 10:00 a.m.

    **DONE AND ORDERED** this  _14th_ day of December, 2006

                                               *s/Maurice M. Paul*
                                   Maurice M. Paul, Senior District Judge