IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO. 1:05-cr-00033-MP-AK

MARK KIRKSEY,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 239, Motion to Continue Evidentiary Hearing and Sentencing Hearing, filed by the Government.  Because counsel for the Government will be out of town at trial, he requests a continuance of the evidentiary and sentencing hearing, currently scheduled for Wednesday, March 21, 2007.  Defendant does not object to the continuance. Therefore, after considering the matter, the Court grants the Government's motion, and the evidentiary and sentencing hearing is hereby rescheduled for Thursday, April 26, 2007, from 9:00 a.m. to 12:00 p.m.

    **DONE AND ORDERED** this   *6th*day of March, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
