IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:05-cr-00033-MP-AK

MARK KIRKSEY,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 247, Amended Notice of Unavailability and Motion for Continuance Evidentiary Hearing, filed by Defendant Kirksey. The Government has filed a Response opposing Defendant's motion, Doc. 248, to which Defendant has filed a Reply, Doc. 249. A hearing was held on Tuesday, April 24, 2007, during which Defendant requested a ninety-day continuance of the evidentiary hearing in order to allow appointed counsel, Stephen Johnson, to recover fully from his medical emergency. The Government stated that a continuance of this length would be prejudicial. Because Mr. Johnson was at a doctor's appointment during the hearing, the Court believes that information from Mr. Johnson is needed before determining the amount of time necessary for any continuance. Therefore, the evidentiary hearing is continued to a date to be set by separate order, and a status conference is scheduled for Thursday, April 26, 2007, at 9:00 a.m.

    **DONE AND ORDERED** this  *25th* day of April, 2007

                    *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge