IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:05-cr-00033-MP-AK

MARK KIRKSEY,

    Defendant.
_____/

**O R D E R**

    This matter is before the Court on an evidentiary hearing held on Thursday, May 24, 2007.  At the hearing, counsel for Defendant, Mr. Jon Uman, moved to withdraw the pending Motion to Withdraw Plea and Motion to Strike Plea Agreement, Doc. 117.  Instead of the arguments in the motion relating to the alleged bad faith on the part of the Government, Mr. Uman suggested that the instant motion can be decided purely on his advice to Defendant as counsel.  Mr. Uman stated that his misunderstanding or mis-communication with the Government led him to provide information to Defendant which resulted in Defendant's plea not being knowingly and voluntarily entered.  The Government objected to the introduction of any evidence relating to this allegation, since Defendant did not present this argument in his motion, and the Government was not prepared to address it at this time.

    Because of this conflict, counsel appointed to represent Defendant at the evidentiary hearing, Mr. Lloyd Vipperman, Jr., moved to remove Mr. Uman as counsel of record for Defendant.  Mr. Uman, Defendant, and the Government did not object.  Therefore, this motion is granted, and Mr. Uman is hereby relieved of all further duties in this case.  Mr. Vipperman agreed to represent Defendant.  Accordingly, the Court appoints Mr. Vipperman as counsel for Defendant Kirksey.  Mr. Vipperman renewed Mr. Uman's motion to withdraw the motion at

Doc. 117, and requested a continuance of the evidentiary hearing so that he may prepare a new motion to strike the plea agreement and withdraw plea.  This motion is granted, and Defendant shall file any new motion to withdraw on or before Friday, June 8, 2007.  The Government shall file its response to Defendant's motion on or before Monday, June 25, 2007.  The evidentiary hearing is continued to Wednesday, August 1, 2007, at 9:00 a.m.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Defendant's Motion to Withdraw the pending Motion to Withdraw Plea and Motion to Strike Plea Agreement, Doc. 117, is granted, and the motion is withdrawn.

2. Defendant's Motion to Remove Counsel is granted, and Mr. Jon Uman is removed as counsel of record in this case.

3. Lloyd L.Vipperman, Jr., 226 S.W. 2nd Street Gainesville, FL, 32601 [(352) 377-3454] is appointed to represent Defendant Kirksey in all further proceedings.

4. Defendant shall file any new Motion to Withdraw Plea or Motion to Strike Plea Agreement on or before Friday, June 8, 2007.  The Government shall file its response to Defendant's motion on or before Monday, June 25, 2007.

5. The evidentiary hearing on Defendant's Motion to Withdraw Plea and Motion to Strike Plea Agreement is rescheduled for Wednesday, August 1, 2007, at 9:00 a.m.

**DONE AND ORDERED** this  *24th*  day of May, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge