IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:05-cr-00033-MP-AK

MARK KIRKSEY,

    Defendant.
_____/

### O R D E R

This matter is before the Court on Doc. 282, Motion to Continue Evidentiary & Sentencing Hearing, filed by Defendant Mark Kirksey.  In the motion, Defendant states that on account of a scheduling conflict, his chief witness will be unable to attend the evidentiary hearing.  Because of this, Defendant requests a continuance of the evidentiary and sentencing hearing, currently set for August 1, 2007.  The Government has filed a response, Doc. 283, objecting to the requested continuance.  In its response, the Government states that it was not contacted about the request for a continuance, and that any scheduling conflict should have been addressed previously.  On account of the Government's objection, an in-court hearing on Defendant's Motion to Continue is set for Wednesday, August 1, 2007, at 9:00 a.m.

    **DONE AND ORDERED** this  *31st* day of July, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge