IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO. 1:05-cr-00033-MP-AK

MARK KIRKSEY,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 282, Motion to Continue Evidentiary & Sentencing Hearing, filed by Defendant Mark Kirksey.  An in-court hearing on Defendant's Motion to Continue was held on Wednesday, August 1, 2007.  At the hearing, Defendant stated that his former counsel would be unable to testify at the currently scheduled evidentiary hearing, and expressed the importance of Mr. Uman's testimony in support of the pending motion to withdraw Defendant's guilty plea.  After considering the matter, the Court grants Defendant's motion, and the evidentiary hearing and sentencing is hereby continued to Thursday, August 2, 2007, at 1:00 p.m.

    **DONE AND ORDERED** this   *1st*  day of August, 2007

                              *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge