IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                            CASE NO. 1:05-cr-00033-MP-AK

MARK KIRKSEY,

    Defendant.
_____/

**O R D E R**

    This matter is before the Court on Doc. 276, Motion to Withdraw Plea of Guilty, filed by Defendant Mark Kirksey.  A hearing on this matter was held on Thursday, August 2, 2007.  At the hearing, the Court heard arguments and took the matter under advisement.  Accordingly, Defendant's sentencing hearing, scheduled for August 2, 2007, is continued to a date to be set by separate order.

    **DONE AND ORDERED** this  *2nd* day of August, 2007

                                 *s/Maurice M. Paul*
                            Maurice M. Paul, Senior District Judge