IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                               CASE NO. 1:05-cr-00033-MP-AK

MARK KIRKSEY,

    Defendant.
_____/

**O R D E R**

    This matter is before the Court on Doc. 311, Motion to Unseal Transcript, filed by Defendant Mark Kirksey. In the motion, Defendant states that his case is currently on appeal to the United States Court of Appeals for the Eleventh Circuit, and he requests that the transcript of the hearing on Defendant's Motion to Withdraw Guilty Plea be unsealed so that he may use the content of the transcript in his initial brief and during oral argument. The motion is granted, and the Clerk is directed to unseal the transcript of the Motion to Withdraw Guilty Plea, Doc. 309, and to send a copy to Defendant's counsel.

    **DONE AND ORDERED** this __14th__ day of December, 2007

                        *s/Maurice M. Paul*
                    Maurice M. Paul, Senior District Judge