IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 1:05-cr-33-MMP-AK

MARK KIRKSEY,

    Respondent.
_____/

**O R D E R**

This matter is before the Court on Doc. 345, the Government's Motion for Extension of Time to File Response. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. The Government shall file its response no later than **November 9, 2009**. Defendant may file a reply no later than **December 9, 2009.**

**DONE AND ORDERED** this  *22nd*  day of October, 2009.

    *s/ A. KORNBLUM*
    **ALLAN KORNBLUM**
    **UNITED STATES MAGISTRATE JUDGE**