IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                              CASE NO. 1:05-cr-33-MP-AK

MARK KIRKSEY,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 351, Defendant's Motion for Extension of Time to File Reply, and Doc. 352, Defendant's Motion to Compel the Government to provide Defendant with a copy of its Response to Defendant's § 2255 Motion. Defendant alleges that he never received a service copy of the Response, and that the prison mail log does not reflect that he received any legal mail in the time period following the filing of the Response. Doc. 352. A review of the Response, Doc. 347, reflects that the Government certified that the pleading was served on Defendant, and it is thus unclear why Defendant would not have received the service copy. Nevertheless, having carefully considered the matter, the Court finds that the Motions are well taken.

Accordingly, it is **ORDERED**:

1. The Motion to Compel (Doc. 352) is **GRANTED to the extent that** the Clerk shall mail Defendant a copy of the Government's Response with this Order.

2. The Motion for Extension of Time (Doc. 351) is **GRANTED.** Defendant may file a

reply no later than **January 7, 2010.**

       **DONE AND ORDERED** this  *8th*  day of December, 2009.


                          *s/ A. KORNBLUM*
                          **ALLAN KORNBLUM**
                          **UNITED STATES MAGISTRATE JUDGE**