IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 1:05-cr-33-MP-GRJ

MARK KIRKSEY,

_____/

## O R D E R

Pending before the Court are Defendant's motion for status, Doc. 384, and Doc. 385, Defendant's motion for copies of docket entries 1 and 3, the indictment and sealed order for issuance of arrest warrant.  On March 8, 2012, the undersigned recommended that Defendants § 2255 motion to vacate be denied.  (Doc. 383.)  Defendant is not entitled to free copies of the requested documents at the Court's expense, and offers no support for his request.  If Defendant wishes to receive copies of any of these documents from the Clerk, he must tender the Clerk's standard copying fee of fifty cents (.50) per page.  Defendant may forward a check from a penal institution, a cashier's check, or a money order in the appropriate amount, payable to "Clerk, U.S. District Court."  The payment must include Defendant's name, inmate number, and the case number, as well as a specific description of the documents to be copied.

Accordingly, it is **ORDERED** that:

1. Defendant's motion for status, Doc. 384, is **GRANTED** the extent that he is advised that a report and recommendation (Doc. 383) was entered in this case on March 8, 2012 recommending his motion to vacate be denied.  Defendant has 14 days from the date the report and recommendation was served to file objections with the Court.

2. Defendant's motion for copies of docket entries 1 and 3 (Doc. 385) is

**DENIED.**

3. If Defendant wishes to obtain copies of any documents in this case he may submit a request to the Clerk along with payment in the amount of $0.50 per page for the requested documents.

**DONE AND ORDERED** this 13th day of March 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge