**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

v.                                                                           CASE NO. 1:05cr33-MP-GRJ

MARK KIRKSEY

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated March 8, 2012.  (Doc. 383).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's amended motion to vacate pursuant to 28 U.S.C. § 2255 (doc. 341) is DENIED and a certificate of appealability is DENIED pursuant to  Rule 11(a) of the Rules Governing Section 2255 Cases.

3. All pending motions are DENIED as moot and the Clerk is directed to close the file

**DONE and ORDERED** this 2nd day of May, 2012.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**